UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **FRANK JOHN RICHARD,** Plaintiff, vs. **AUDREY KARNES,** Defendant, | **2:24-CV-12046-TGB-PTM** **JUDGMENT** |

The above entitled matter having come before the Court on a Prisoner Civil Rights Complaint and in accordance with the Memorandum Opinion and Order entered on **December 27, 2024**.

IT IS ORDERED AND ADJUDGED that:
(1): The Complaint is DISMISSED WITH PREJUDICE FOR FAILING TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED.

(2) IT IS FURTHER CERTIFIED that any appeal would not be undertaken in good faith.

Dated at Detroit, Michigan, this 27th day of December, 2024.

        KINIKIA ESSIX
        CLERK OF THE COURT

        BY: /s/A. Chubb
        Case Manager and Deputy Clerk

APPROVED:
/s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE